IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| KENT W. RINNE, | ) | |
| | ) | |
| Plaintiff, | ) | 4:18CV3037 |
| | ) | |
| v. | ) | |
| | ) | |
| CITY OF BEATRICE, DERRICK HOSICK, Beatrice Police Department Officer #306, ANTHONY CHISANO, Beatrice Police Department Officer #304, and NATASHA NESBITT, Beatrice Police Officer #316, | ) | **ORDER OF PARTIAL DISMISSAL** |
| Defendants. | ) | |

Pursuant to the Stipulation of Partial Dismissal Pursuant to FRCP 41(a) (Filing No. 11) and Fed. R. Civ. P. 41(a)(1)(A)(ii),

IT IS ORDERED that Plaintiff's Fourth Cause of Action for negligence against the Defendants is dismissed without prejudice, with each party bearing that party's own attorneys' fees and costs.

DATED this 13th day of July, 2018.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge